AO91 (Rev. 12/03)   Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT

January 29, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

BY: _____ Erika Gonzalez _____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| Neri Jose ALVARADO Borges | **Case Number:** **EP-25-M-397-RFC** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___04/01/2024___ in ___El Paso___ County, in the ___Western District Of Texas___ defendant(s) did, being an alien to the United States,  knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title ___8___ United States Code, Section(s) ___1325(a)(1)___

I further state that I am a(n) ___Border Patrol Agent___ and that this complaint is based on the following facts:

The DEFENDANT, Neri Jose ALVARADO Borges, an alien to the United States and a citizen of Mexico, entered the United States from the Republic of Mexico by wading the Rio Grande River on April 01, 2024, approximately 1 mile east of the Paso Del Norte Port of Entry in El Paso, Texas, in the Western District of Texas.  The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers.

Continued on the attached sheet and made a part hereof:

☒ Yes   ☐ No

_Signature of Complainant_

**Complaint sworn to telephonically on**
___January 29, 2025___ **at** ___01:05 PM___ **and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

Roberto Ceniceros
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

___01/29/2025___
Date

at   El Paso, TX
City/State

Robert F. Castaneda      U.S. Magistrate Judge
Name & Title of Judicial Officer

_Signature of Judicial Officer_

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Neri Jose ALVARADO Borges

PEPT#

01/29/2025

FACTS     (CONTINUED)

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
NONE

Criminal History:
NONE